# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

Patrick Bernard,

   Plaintiff,

v.

Becky Dooley, Warden,
State Prison of Moose Lake, Minnesota,

   Defendant.

Civil No. 10-799 (ADM/JJG)

ORDER ON REPORT AND RECOMMENDATION

The above-entitled matter came before the Court upon the Report and Recommendation of the United States Magistrate Judge. No objections have been filed to that Report and Recommendation in the time period permitted.

Based upon the Report and Recommendation of the Magistrate Judge, and all the files, records and proceedings herein,

**IT IS HEREBY ORDERED** that:

1. Petitioner's application for a writ of habeas corpus, (Docket No. 1), is DENIED;

2. Petitioner's application for leave to proceed in forma pauperis, (Docket No. 2), is DENIED; and

3. This action is DISMISSED WITH PREJUDICE.

Dated: April 27, 2010    s/Ann D. Montgomery

              ANN D. MONTGOMERY
              United States District Judge